FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2014 AUG 13  PM 3: 42

CLERK-LAS CRUCES

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JUAN ~~CARLOS~~ HERNANDEZ,<br>  (AS)<br>   Defendant. | CRIMINAL NO. 14CR 2790 WJ<br><br>18 U.S.C. § 2422(b):  Coercion and Enticement of a Minor |

Law 8-13-14

## INFORMATION

The United States Attorney charges:

Between on or about September 1, 2012, to on or about June 22, 2013, in Doña Ana County, in the District of New Mexico, the defendant, **JUAN ~~CARLOS~~ HERNANDEZ**, did use a facility and means of interstate or foreign commerce, the Internet and a cellular phone, to knowingly persuade, induce, and entice an individual who had not attained the age of 18, Jane Doe, to engage in sexual activity for which a person can be criminally charged under New Mexico state law.

New Mexico state law prohibits the unlawful and intentional touching of the intimate parts of a minor or the unlawful and intentional causing of a minor to touch one's intimate parts. New Mexico state law defines "intimate parts" as the genital area, groin, buttocks, anus, or breast.  New Mexico Statute Annotated § 30-09-13(B).

In violation of 18 U.S.C. § 2422(b).

DAMON P. MARTINEZ
United States Attorney

by MARISA A. LIZARRAGA
District of New Mexico
555 Telshor Drive, Suite 300
Las Cruces, New Mexico, 88011
575-522-2304