IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2014 AUG 13  PM 3: 42

CLERK-LAS CRUCES

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

San Juan Carlos Hernandez
8-13-14   *AS*

        Defendant.

Cr. No. *14CR 2790 VJ*

## CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE IN A FELONY CASE

    The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I plead guilty. I have been informed of my right to the assistance of legal counsel and of my right to plead or go to trial, judgment and sentencing before a United States District Judge.

        **I HEREBY: Waive (give up) my right to enter my plea before a United States District Judge and I consent to entering my plea, knowingly and voluntarily, before a United States Magistrate Judge.**

_____
Defendant

_____
Attorney for Defendant

Date: _____8-13-14_____

Before: _____L A Martinez_____
    **United States Magistrate Judge**