# PLEA MINUTE SHEET
### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT LAS CRUCES)

| CR 14-2790 VJ | UNITED STATES vs. HERNANDEZ |
|---|---|

**Before The Honorable Lourdes A. Martínez, United States Magistrate Judge**

| | | | |
|---|---|---|---|
| Hearing Date: | **8/13/2014** | Time In and Out: | **10:56-11:02; 11:12-11:30 AM. (18 min)** |
| Clerk: | **J. SEGOVIA** | Digital Recording: | **LCR SIERRA BLANCA** |
| Defendant: | **JUAN CARLOS HERNANDEZ** **TRUE NAME: JUAN HERNANDEZ** | Defendant's Counsel: | **BROCK BENJAMIN** |
| AUSA: | **ALEX SHAPIRO** | Interpreter: | **N/A** — Sworn / Waived |

| | |
|---|---|
| **X** | Defendant Sworn |
| | First Appearance |
| **X** | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. |
| **X** | Deft acknowledges receipt of: **INFORMATION**   Read in Spanish? NO |
| **X** | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| **X** | Terms and conditions of proposed plea agreement, and any addenda explained. **Read in Spanish? NO** |
| **X** | Factual predicate to sustain the plea provided. |
| **X** | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.   Deft advised of charge(s), penalties and possible consequences of the plea. |
| **X** | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| **X** | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| **X** | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement, and any addenda. |
| **X** | Deft pleads GUILTY to: **INFORMATION** |
| **X** | Allocution by Deft on elements of charge(s). |
| **X** | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| **X** | Deft adjudged guilty. |
| **X** | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| **X** | Sentencing Date:   **to be notified** |
| **X** | Defendant to Remain in Custody |
| | Present conditions of release continued     Conditions changed to: |
| | Penalty for failure to appear explained |
| **X** | Presentence Report Ordered     **Expedited (Type III)** |

| X | Other Matters: U.S MARSHALS TO FOLLOW UP WITH MEDICAL NEEDS, DEFENDANT MIGHT HAVE SUFFERED A MINOR STROKE. |
|---|---|