U.S. DISTRICT COURT

DISTRICT OF NEW MEXICO

OFFICE OF THE CLERK

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

MAY 26 2016

MATTHEW J. DYKMAN
CLERK

RE: Case 2:14-cr-02790-WJ Document #58

Clerk of the Court, I now come to you with a situation which I am sure Your Office will be able to assist me in. Pertaining to the above mentioned matter, I have been unable to obtain the correct mailing address of the attorney Charles J. McElhinney. The present address which he has listed on his social site is given as 637 N. Alameda Blvd, Las Cruces, NM 88005. The thing is, the motion I mailed to said address came back as RETURN TO SENDER; NOT AT THIS ADDRESS! I have had my family try to obtain his correct mailing address thru the Federal Public Defenders Office, but my family is told that they will be called back, but they never are! I do not know what other action to take other than to ask the Courts assistance in this matter.

I truely hope that the Courts can assist me in this present matter so I can continue to address my pending legal issues. I thank you in advance & will be awaiting your positive reply.

Juan Hernandez

#76712-051

U.S.P Tucson

P.O. Box 24550

Tucson, AZ 85734

Respectfully, Juan Hernandez

⇔76712-051⇔
Juan Hernandez
76712-051
U.S. Penitentiary Tucson
PO Box 24550
Tucson, AZ 85734

CERTIFIED MAIL

7015 1520 0001 8107 4347

BI-109
Legal Mail
4-26-16

76712-051⇔
Charles J Mcelhinney
Attorney AT LAW
637 N Alameda BLVD
LAS Cruces, NM 88005
United States

Not at this address

76712-051
Juan Hernandez
76712-051
U.S. Penitentiary Tucson
PO Box 24550
Tucson, AZ 85734

Mailed 5-23-16

Legal Mail

PHOENIX AZ 852
RECEIVED
At Albuquerque NM
MAY 2 6 2016
MATTHEW J. DYKMAN
CLERK

76712-051
United States District Crt
333 Lomas BLVD NW
Office OF THE Clerk
Albuquerque, NM 87102
United States

87102-227470