UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

Dated 5-25-16

CLERK OF THE COURT:

14 cr 2790 WJ

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JUN 06 2016
MATTHEW J. DYKMAN
CLERK

Dear Clerk:

On March 4, 2016, in response to a letter I sent requesting certain documents from the Court's file, I received a letter from your office stating the following:

"In response to your letter dated February 21, 2016, we are unable to fulfill your request due to the following reasons:

    X  It will be necessary for you to forward a business check or money order to the Clerk of the United states District Court. Research fee is $26.00 per named party. Copy fee is $0.50 per page. Please remember to resubmit your request with the payment.

    X  Other: Please make sure to indicate the case number regarding documents. It is recommended that you have someone call the records department @505-348-2020 in order to find out the exact amount need for you to receive all requested documents.

I had sent a listing of the requested documents that are needed in order for me to pursue post-conviction relief in the form of a 28 U.S.C. §2255 Motion To Vacate.

The requested document s are as follows:

a. Final Draft of Court Recommendations

b. Judgement and Committment Order

c. Docket Sheet regarding Criminal Case# 2:14CR02790-001VJ1

d. Final Draft of Supervised Release Stipulations/Conditions

e. Transcripts of August 13, 2015 Plea Agreement Hearing before the Hon. Magistrate Judge Martinez.

    I have attempted to have my former counsel send me the requested documents to no avail and am presently in indigent status therefore cannot pay the costs of the documents. I would appreciate it if you would notify me as to the steps necessary to either receive the documents from the Clerks Office without charge, or the proper Motion form that must be utilized to have a Judge Order my former counsel to release his file and send them to me.

    I thank you in advance for your assistance and cooperation with this request and I await what I hope to be a favorable reply.

                                Respectfully Submitted,

                                Juan Hernandez, 76712-051

                                USP Tucson, Box 24550

                                Tucson, AZ  85734

PHOENIX AZ 852

03 JUN 2016 PM 4 L

RECEIVED
At Albuquerque NM

JUN 0 6 2016

MATTHEW J. DYKMAN
CLERK

⇨76712-051⇨
United States District Crt
333 Lomas BLVD NW
Office OF THE Clerk
Albuquerque, NM 87102
United States

87102-227470

⇨76712-051⇨
Juan Hernandez
76712-051
U.S. Penitentiary Tucson
PO Box 24550
Tucson, AZ 85734
United States

Legal Mail